IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02070-MSK-MEH

ROBERT CROSS, a Florida resident,

      Plaintiff,

v.

CHARLES LINDY DANIELS, and
ATHALENE DANIELS, Colorado residents,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation for Dismissal **(Doc. #22)** filed June 30, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice. *The Clerk shall close this case.*

Dated this 5th day of July, 2006.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge